JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL RUIZ & ALBA RUIZ,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | CV 13-1114 PA (JCx)<br><br>JUDGMENT |

Pursuant to the Court's March 27, 2013 Minute Order granting the Motion to Dismiss filed by defendants Wells Fargo Bank, N.A., as trustee for the holders of Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2007-3; and Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP[1/] (collectively "Defendants"), which dismissed the action filed by plaintiffs Raul Ruiz and Alba Ruiz (collectively "Plaintiffs") with prejudice,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiffs.

---

[1/]   Bank of America, N.A. asserts that it was erroneously named in the Complaint as "Bank of America, National Association a/k/a Bank of America N.A., a/k/a Bank of America, a/k/a Bank of America Home Loans and/or Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP, a wholly owned subsidiary of Bank of America Corporation a/k/a Countrywide Bank, N.A."

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs' action is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing and that Defendants shall have their costs of suit.

DATED: March 27, 2013

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE